1   Noelle E. Dwarzski, WSBA No. 40041
    BARLOW COUGHRAN
2   MORALES & JOSEPHSON, P.S.
    1325 Fourth Ave Suite 910
3   Seattle, WA  98101
    Telephone: (206) 224-9900
4   Facsimile: (206) 224-9820
    E-mail: noelled@bcmjlaw.com
5

6

7                   UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
8                            AT SEATTLE

9   BOARDS OF TRUSTEES OF THE
    CEMENT MASONS & PLASTERERS
10  HEALTH & WELFARE TRUST,
    CEMENT MASONS AND PLASTERERS          NO.
11  RETIREMENT TRUST, and WESTERN
    WASHINGTON CEMENT MASONS
12  JOURNEYMAN AND APPRENTICE             **COMPLAINT TO ENFORCE AUDIT**
    TRAINING TRUST,                       **REQUEST AND FOR DELINQUENT**
13                                        **FRINGE BENEFIT CONTRIBUTIONS**
                        Plaintiffs,       **(ERISA)**
14          v.

15  RICHARD TRUMBULL CONSTRUCTION
    LLC, A Washington limited liability
16  company, Contractor's License No.
    RICHATC866D4, UBI No. 603385424,
17
                     Defendant.
18

19          For their complaint, plaintiffs allege as follows:

20                  **I.       PARTIES AND JURISDICTION**

21

22


COMPLAINT FOR DELINQUENT
FRINGE BENEFIT CONTRIBUTIONS - 1

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 392 vb051205



1.      Plaintiffs are the Boards of Trustees of the Cement Masons & Plasterers Health & Welfare Trust, Cement Masons and Plasterers Retirement Trust, and Western Washington Cement Masons Journeyman and Apprentice Training Trust (collectively "Trust Funds").

2.      The Trust Funds are joint labor-management funds created pursuant to Section 302(c) of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 186(c), and the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.* as amended ("ERISA").

3.      Defendant Richard Trumbull Construction LLC (hereafter "Richard Trumbull"), is a Washington corporation engaged in business in the State of Washington having its principal offices listed as 3801 56th Street Court East, Tacoma, WA 98443 with the Secretary of State.

4.      Jurisdiction is conferred on this court by Sections 502 and 515 of ERISA, 29 U.S.C. §§ 1132 and 1145.

5.      Venue is appropriate in the Division of Seattle, King County, WA under ERISA § 502(e)(2), 29 U.S.C. §1132(e)(2).

## II.      FIRST CLAIM FOR RELIEF: DELINQUENT CONTRIBUTIONS

6.      At all material times, Richard Trumbull has been signatory to a collective bargaining agreement ("CBA") with Operative Plasterers' and Cement Masons' International Association, Cement Masons' Local 528 (hereafter referred to as "Local 528"), which incorporates by reference the Trust Agreements for the Trust Funds.

7.      Mr. Richard Trumbull, the owner of Richard Trumbull Construction LLC, was authorized to legally bind and sign contracts on behalf of Richard Trumbull Construction LLC

COMPLAINT FOR DELINQUENT
FRINGE BENEFIT CONTRIBUTIONS - 2

5000 392 vb051205

and signed the Compliance Agreement with Local 528 on June 11, 2018.

8.      The CBA and Trust Agreements require Richard Trumbull to make employee benefit contributions to Trust Funds on behalf of Richard Trumbull's employees working within with the jurisdiction of the CBA.

9.      At all material times, Richard Trumbull has employed employees for whom employee benefit contributions are due pursuant to the terms of the CBA and Trust Agreements.

10.     Richard Trumbull has failed to timely make employee benefit contributions to the Trust Funds beginning from July 2019.

11.     Richard Trumbull owes $16,855.65 in employee benefit contributions for the delinquent months of October and November 2019 and January 2020.

12.     Richard Trumbull owes an unknown amount of contributions to the Trust Funds for February 2020 through current.  The total amount shall be proved on motions or at trial.

13.     Under the terms of the Trust Agreements and CBA, and under federal statutory law, Richard Trumbull is obligated to pay liquidated damages, interest, reasonable attorney's fees, and costs and expenses of suit.

14.     Richard Trumbull owes $5,658.79 in liquidated damages, $2,411.83 in interest (calculated through May 26, 2020), and $700 in referral attorney fees for the delinquent period of July 2019 through January 2020.

15.     Richard Trumbull owes an unknown amount in liquidated damages, interest, attorney's fees and costs for February 2020 through current. The total amount shall be proved

COMPLAINT FOR DELINQUENT
FRINGE BENEFIT CONTRIBUTIONS - 3

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

on motions or at trial.

16.     As required by RCW 18.27.040 and concurrent with this complaint, the Trust Funds have filed an action in King County Superior Court (Cause No. 20-2-09267-3 SEA), to collect the amounts owed by Richard Trumbull from its contractor's bond.

## III.     SECOND CLAIM FOR RELIEF: DEMAND FOR AUDIT OF PAYROLL RECORDS

17.     Plaintiff Trust Funds re-allege the facts set forth in paragraphs 1 through 15 above as if stated fully herein, and further allege as follows:

18.     The Trust Agreements authorize the Trust Funds to audit contributing employers, such as Richard Trumbull, books and records.

19.     The Trust Funds have requested documents and payroll records necessary to complete an audit of Richard Trumbull's books and records for the period of December 2018 through the present date.

20.     As of the date of this Complaint, Richard Trumbull has refused to provide the documents and payroll records necessary to complete an audit of its books and records for the period of December 2018 through the present date.

21.     ERISA permits a fiduciary to bring suit to bring redress violations of the Trust Agreement or enforce provisions of the Trust Agreement.  ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3).

22.     Pursuant to ERISA and the Trust Agreements, the Trust Funds are entitled to an award from this court ordering Richard Trumbull to turn over the documents and payroll records necessary to complete an audit of its books and records and otherwise comply with

COMPLAINT FOR DELINQUENT
FRINGE BENEFIT CONTRIBUTIONS - 4

5000 392 vb051205

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

the payroll audit provision of the Trust Agreements.

WHEREFORE, Plaintiff Trust Funds pray for a money judgment as follows:

A.     For an order requiring Richard Trumbull Construction to submit to an audit and provide all the documents and payroll records necessary to complete an audit of its books and records through the present date;

B.     Judgment against Richard Trumbull Construction for all outstanding contributions, liquidated damages, interest, found to be due and owing for the period of December 2018 through current;

C.     Judgment against Richard Trumbull Construction for an amount no less than $5,658.79 in liquidated damages, $2,411.83 in interest, and $700 in referral attorney fees for the delinquent period of July 2019 through January 2020;

D.     For reasonable attorneys' fees costs and expenses of suit; and

E.     For such other and further relief as this court deems just and equitable.

DATED THIS 26th day of May, 2020.

 s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA # 40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiff Trusts
1325 Fourth Ave., Suite 910
Seattle, WA 98101

COMPLAINT FOR DELINQUENT
FRINGE BENEFIT CONTRIBUTIONS - 5

5000 392 vb051205