THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, CEMENT MASONS AND PLASTERERS RETIREMENT TRUST, and WESTERN WASHINGTON CEMENT MASONS JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br>v.<br><br>RICHARD TRUMBULL CONSTRUCTION LLC, A Washington limited liability company, Contractor's License No. RICHATC866D4, UBI No. 603385424,<br><br>Defendant. | NO. 2:20-cv-00787-RAJ<br><br>**ORDER OF DEFAULT** |

In accordance with plaintiffs' motion, the Court having considered the pleadings on file, and the Declaration of Noelle E. Dwarzski, plaintiffs' counsel, and being otherwise generally advised,

ORDER OF DEFAULT
Cause No. 2:20-cv-00787-RAJ - 1

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900



The Court finds that defendant Richard Trumbull Construction LLC was served with a copy of the Summons and Complaint on June 18, 2020, has not appeared and has not filed a responsive pleading or applied to this Court for any Order and, therefore, it is

ORDERED that defendant Richard Trumbull Construction LLC, be and hereby is in default.

DATED at Seattle, Washington, this 4th day of August, 2020.

WILLIAM M. McCOOL,
Clerk of the Court

/s/ Victoria Ericksen
Deputy Clerk to Hon. Richard A. Jones

ORDER OF DEFAULT
Cause No. 2:20-cv-00787-RAJ - 2

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

