THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD TRUMBULL CONSTRUCTION LLC, A Washington limited liability company, Contractor's License No. RICHATC866D4, UBI No. 603385424,<br><br>Defendant. | NO.  2:20-cv-00787-RAJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AND ACTION WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS TO ANY PARTIES** |

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Boards of Trustees of the Cement Masons & Plasterers Health & Welfare Trust, Cement Masons and Plasterers Retirement Trust, and Western Washington Cement Masons Journeyman and Apprentice Training Trust provides the Court with this Notice of Voluntary Dismissal of Defendant Richard Trumbull Construction, LLC and this action without prejudice and without fees or costs to any parties.  Richard Trumbull Construction LLC has not appeared in this matter.

NOTICE OF VOLUNTARY DISMISSAL
Cause No. 2:20-cv-00787-RAJ - 1

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 392 dk12eg01bx



1   DATED this 16th day of November, 2020.

3    /s/ Noelle E. Dwarzski
    Noelle E. Dwarzski, WSBA #40041
    BARLOW COUGHRAN
4   MORALES & JOSEPHSON, P.S.
    Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this 16th day of November, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all parties registered with CM/ECF in this matter. Defendant Richard Trumbull Construction LLC has not appeared in this matter.

Dated this 16th day of November, 2020, at Seattle, Washington.

     /s/ Noelle E. Dwarzski
    Noelle E. Dwarzski, WSBA #40041
    BARLOW COUGHRAN
    MORALES & JOSEPHSON, P.S.
    Attorneys for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL
Cause No. 2:20-cv-00787-RAJ - 2

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 392 dk12eg01bx